# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Wood, Kimba M. | 2. Court or Organization  U.S. District Court, SDNY | 3. Date of Report  10/16/2019 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge (Senior) | 5a. Report Type (check appropriate type)  ☐ Nomination,  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  1/1/2018 to 12/31/2018 |
|---|---|---|

| 7. Chambers or Office Address  500 Pearl Street  New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | New York City Ballet, Inc. |
| 2. | Trustee | The Frank E. Richardson 2011 Insurance Trust Agreement (See Note 4 in Section VIII) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018* | Morgan Stanley Pension Benefit |
| 2. | 2/7/2018 | Sonic Corp - various Board & Committee Fees |
| 3. | 2018* | Fee Income (Mgmt Fee Offset) - IPC II and III, HighCape, Tinicum, Vestar, Sentinel Capital, Blackstone VI and VIII |
| 4. | | |
| 5. | *(various) | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Line of Credit | None |
| 2. | American Express | Credit Card | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. EXXON CORP COMMON STOCK | C | Dividend | L | T | | | | | |
| 2. US BANK #1 (LINES 3-45)(SEE NOTE 20 IN SECT VIII) (IA) (H) | | None | | | Open | 04/30/18 | J | | |
| 3. DEUTSCHE TREASURY PORT INST MM/CASH A/C (NOTE 14 SECT VIII) | A | Dividend | | | Buy | 05/23/18 | J | | |
| 4. | | | | | Buy (add'l) | 06/07/18 | J | | |
| 5. | | | | | Buy (add'l) | 06/22/18 | N | | |
| 6. | | | | | Sold (part) | 06/22/18 | N | | |
| 7. | | | | | Sold (part) | 06/25/18 | K | | |
| 8. | | | | | Sold (part) | 07/26/18 | J | | |
| 9. | | | | | Buy (add'l) | 07/26/18 | K | | |
| 10. | | | | | Sold (part) | 07/30/18 | J | | |
| 11. | | | | | Buy (add'l) | 09/18/18 | L | | |
| 12. | | | | | Sold | 09/18/18 | M | | |
| 13. FIRST AM GOVT OB FUND CL Z (SEE NOTE 14 IN SECT VIII) | A | Dividend | K | T | Buy | 09/18/18 | M | | |
| 14. | | | | | Sold (part) | 09/26/18 | L | | |
| 15. | | | | | Sold (part) | 09/27/18 | J | | |
| 16. | | | | | Buy (add'l) | 10/12/18 | K | | |
| 17. | | | | | Sold (part) | 10/19/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold<br>(part) | 12/14/18 | J | | |
| 19. | | | | | Buy<br>(add'l) | 12/14/18 | J | | |
| 20. | | | | | Buy<br>(add'l) | 12/24/18 | J | | |
| 21. ARTISAN GLOBAL VALUE ADVISOR | A | Dividend | K | T | Buy | 06/21/18 | K | | |
| 22. BROWN ADV BEUTI GDMAN LRGE CAP INST | A | Dividend | L | T | Buy | 06/21/18 | L | | |
| 23. | | | | | Buy<br>(add'l) | 09/25/18 | J | | |
| 24. BROWN ADV EMG MKTS INS (SEE NOTE 21 IN SECT VIII) | A | Dividend | | | Buy | 06/21/18 | K | | |
| 25. | | | | | Sold<br>(part) | 10/11/18 | K | | |
| 26. BROWN ADV FLEXIBLE EQUITY INV | A | Dividend | L | T | Buy | 06/21/18 | L | | |
| 27. | | | | | Buy<br>(add'l) | 09/25/18 | J | | |
| 28. BROWN ADV GLOBAL LEADERS | A | Dividend | K | T | Buy | 09/25/18 | K | | |
| 29. BROWN ADV MACQUARIE ASIA | A | Dividend | | | Buy | 06/21/18 | K | | |
| 30. | | | | | Sold | 07/25/18 | K | | |
| 31. BROWN ADV SMALL CAP GROWTH INV | A | Dividend | K | T | Buy | 06/21/18 | K | | |
| 32. | | | | | Buy<br>(add'l) | 09/25/18 | J | | |
| 33. BROWN ADV STRAT EUR EQ INS | A | Dividend | K | T | Buy | 06/21/18 | L | | |
| 34. BROWN ADV SUSTAINABLE GROWTH | | None | K | T | Buy | 06/21/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Buy (add'l) | 09/25/18 | J | | |
| 36. BROWN ADV TAX EXEMPT BND INS (FKA BRN ADV TAX EXEMPT BOND) | B | Dividend | M | T | Buy | 06/21/18 | L | | |
| 37. | | | | | Buy (add'l) | 09/25/18 | K | | |
| 38. DFA EMERGING MKTS SMALL CAP INC | A | Dividend | J | T | Buy | 07/25/18 | J | | |
| 39. ISHARES MSCI ALL COUNTRY ASIA EX ETF | | None | | | Buy | 07/26/18 | J | | |
| 40. | | | | | Sold | 12/12/18 | J | | |
| 41. ISHARES MSCI EAFE SMALL CAP ETF | A | Dividend | J | T | Buy | 06/21/18 | J | | |
| 42. ISHARES MSCI EMERGING MARKETS ETF | A | Dividend | K | T | Buy | 10/17/18 | K | | |
| 43. ISHARES MSCI EMERGING MARKETS ASIA ETF | A | Dividend | J | T | Buy | 12/12/18 | J | | |
| 44. ISHARES RUSSELL 2000 VALUE ETF | A | Dividend | K | T | Buy | 06/21/18 | K | | |
| 45. | | | | | Buy (add'l) | 09/25/18 | J | | |
| 46. MORGAN STANLEY BANK/CASH | A | Interest | | | Closed | 06/18/18 | J | | |
| 47. ADIENT PLC | A | Dividend | | | Sold | 03/29/18 | J | | |
| 48. ALPHABET INC COMMON STOCK | | None | | | Sold | 06/20/18 | K | D | |
| 49. AMAZON COM INC COMMON STOCK | | None | | | Sold | 06/20/18 | K | D | |
| 50. APPLE INC COMMON STOCK | A | Dividend | | | Sold | 06/20/18 | K | D | |
| 51. AQR STYLE PREMIA ALT FUND | | None | | | Buy (add'l) | 01/22/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 06/21/18 | J | | |
| 53. ARES CAPITAL CORP FUND | A | Dividend | | | Sold | 03/27/18 | J | A | |
| 54. BUCKEYE PARTNERS LP COMMON STOCK (SEE NOTE 1 IN SECT VIII) | A | Distribution | | | Sold | 06/20/18 | J | | |
| 55. CISCO SYS INC COMMON STOCK | A | Dividend | | | Sold | 06/20/18 | J | B | |
| 56. COMCAST CORP COMMON STOCK | A | Dividend | | | Sold | 06/20/18 | J | | |
| 57. CORBUS PHARMACEUTICALS HLDGS COMMON STOCK | | None | | | Sold | 06/20/18 | J | | |
| 58. CROWN CASTLE INTL CORP COMMONS STOCK | A | Dividend | | | Sold | 06/20/18 | J | A | |
| 59. DOWDUPONT INC COMMON STOCK | A | Dividend | | | Sold | 06/20/18 | J | | |
| 60. ENTERPRISE PROD PARTNERS LP (SEE NOTE I IN SECT VIII) | A | Distribution | | | Sold | 06/20/18 | K | B | |
| 61. FRESHPET INC COMMON STOCK | | None | | | Sold (part) | 05/07/18 | J | A | |
| 62. | | | | | Sold (part) | 05/10/18 | J | A | |
| 63. | | | | | Sold | 06/20/18 | J | C | |
| 64. GQG PARTNERS EMRG MKTS EQ INS COMMON STOCK | | None | | | Buy | 03/28/18 | J | | |
| 65. | | | | | Sold | 06/21/18 | J | | |
| 66. HONEYWELL INTERNATIONAL INC COMMON STOCK | A | Dividend | | | Sold | 06/20/18 | J | C | |
| 67. ISHARES EDGE MSCI US MOMENTUM FUND | | None | | | Buy | 03/29/18 | J | | |
| 68. | | | | | Sold | 06/20/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,001 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ISHARES S&P MID CAP 400 GROWTH ETF | A | Dividend | | | Sold | 06/20/18 | J | D | |
| 70. ISHARES US OIL & GAS EXP PROD ETF | A | Dividend | | | Sold | 06/20/18 | J | D | |
| 71. INVESCO PREMIER TAX EXEMPT INST | A | Interest | | | Sold | 06/06/18 | J | C | |
| 72. JPMORGAN CHASE & CO COMMON STOCK | A | Dividend | | | Buy | 03/26/18 | J | | |
| 73. | | | | | Sold | 06/20/18 | J | | |
| 74. OAKMARK INTL MUTUAL FUND | | None | | | Sold | 06/21/18 | J | B | |
| 75. INVESCO INTL BUYBACK FND (FKA POWERSHARES INTL BUYBACK FUND) | A | Dividend | | | Sold | 06/20/18 | J | B | |
| 76. PROSHARES TR S&P 500 DV ARIST FUND | A | Dividend | | | Sold | 06/20/18 | J | B | |
| 77. IQVIA HOLDINGS INC (FKA QUINTILES IMS HOLDINGS INC) COMMON | | None | | | Sold | 06/20/18 | J | B | |
| 78. SPDR S&P MIDCAP 400 ETF TRUST | A | Dividend | | | Sold | 06/20/18 | K | D | |
| 79. STARBUCKS CORP COMMON STOCK | A | Dividend | | | Sold | 06/20/18 | J | | |
| 80. THERMO FISHER SCIENTIFIC COMMON STOCK | A | Dividend | | | Sold | 06/20/18 | J | C | |
| 81. TORONTO DOM BK COMMON STOCK | A | Dividend | | | Sold (part) | 03/26/18 | J | A | |
| 82. | | | | | Sold | 06/20/18 | J | B | |
| 83. VANGUARD DIVIDEND APPRECIATION FUND | A | Dividend | | | Sold | 06/20/18 | K | D | |
| 84. VANGUARD INFO TECH ETF | A | Dividend | | | Sold | 06/20/18 | K | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. VANGUARD MID-CAP ETF | A | Dividend | | | Sold | 06/20/18 | J | C | |
| 86. VIRTUS INSIGHT EMERGING MKTS MUTUAL FUND | | None | | | Sold | 06/21/18 | J | B | |
| 87. VISA INC COMMON STOCK | A | Dividend | | | Sold | 06/20/18 | K | D | |
| 88. WALT DISNEY CO HLDG CO COMMON STOCK | A | Dividend | | | Buy (add'l) | 05/10/18 | J | | |
| 89. | | | | | Sold | 06/20/18 | J | A | |
| 90. WELLS FARGO & CO COMMON STOCK | A | Dividend | | | Sold (part) | 03/26/18 | J | C | |
| 91. | | | | | Sold | 06/20/18 | J | C | |
| 92. WISDOMTREE EURO SM CAP DIV ETF | A | Dividend | | | Sold | 06/20/18 | J | C | |
| 93. WISDOMTREE SMALL CAP DIV FUND | A | Dividend | | | Sold | 06/20/18 | J | C | |
| 94. YUM BRANDS INC COMMON STOCK | A | Dividend | | | Sold | 06/20/18 | J | B | |
| 95. IRA ACCOUNT #1 (H) | | | | | | | | | |
| 96. US BANK #2 - FOR IRA #1 (LINES 97-130)(NOTE 20 SECT VIII) | | None | | | Open | 04/30/18 | J | | |
| 97. DEUTSCHE TREASURY PORTFOLIO MM FUND (NOTE 14 SECT VIII) | A | Dividend | | | Buy | 05/23/18 | J | | |
| 98. | | | | | Buy (add'l) | 05/29/18 | J | | |
| 99. | | | | | Buy (add'l) | 06/01/18 | J | | |
| 100. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 101. | | | | | Buy (add'l) | 06/22/18 | P1 | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 102. | | | | | Sold<br>(part) | 06/22/18 | P1 | | |
| 103. | | | | | Sold<br>(part) | 06/25/18 | M | | |
| 104. | | | | | Buy<br>(add'l) | 06/29/18 | J | | |
| 105. | | | | | Buy<br>(add'l) | 07/02/18 | J | | |
| 106. | | | | | Buy<br>(add'l) | 07/25/18 | J | | |
| 107. | | | | | Sold<br>(part) | 07/26/18 | K | | |
| 108. | | | | | Buy<br>(add'l) | 07/26/18 | M | | |
| 109. | | | | | Sold<br>(part) | 07/30/18 | L | | |
| 110. | | | | | Sold | 09/26/18 | M | | |
| 111. FIRST AM GOVT OB FUND CL Z MM FUND (SEE NOTE 14 IN SECT VIII | A | Dividend | M | T | Buy | 09/26/18 | M | | |
| 112. | | | | | Buy<br>(add'l) | 10/01/18 | J | | |
| 113. | | | | | Buy<br>(add'l) | 12/24/18 | K | | |
| 114. ARTISAN GLOBAL VALUE ADVISOR | D | Dividend | L | T | Buy | 06/21/18 | M | | |
| 115. | | | | | Sold<br>(part) | 09/25/18 | L | C | |
| 116. BROWN ADV BEUTI GDMAN LRG CAP INST | D | Dividend | N | T | Buy | 06/21/18 | N | | |
| 117. BROWN ADV EMG MKTS INS | D | Dividend | M | T | Buy | 06/21/18 | M | | |
| 118. BROWN ADV FLEXIBLE EQUITY INV | D | Dividend | N | T | Buy | 06/21/18 | N | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. BROWN ADV GLOBAL LEADERS INST | A | Dividend | L | T | Buy | 09/25/18 | L | | |
| 120. BROWN ADV MACQUARIE ASIA | B | Dividend | | | Buy | 06/21/18 | M | | |
| 121. | | | | | Sold | 07/25/18 | M | | |
| 122. BROWN ADV SMALL CAP GROWTH INV | D | Dividend | M | T | Buy | 06/21/18 | M | | |
| 123. BROWN ADV STRATEGIC BOND FUND | A | Dividend | K | T | Buy | 06/21/18 | K | | |
| 124. BROWN ADV STRAT EUR EQ INS | E | Dividend | M | T | Buy | 06/21/18 | N | | |
| 125. BROWN ADV SUSTAINABLE GROWTH | D | Dividend | M | T | Buy | 06/21/18 | M | | |
| 126. BROWN ADV TOTAL RETURN INS | C | Dividend | M | T | Buy | 06/21/18 | M | | |
| 127. DFA EMERGING MKTS SML CAP INC | B | Dividend | K | T | Buy | 07/25/18 | K | | |
| 128. ISHARES RUSSELL 2000 VALUE ETF | B | Dividend | M | T | Buy | 06/21/18 | M | | |
| 129. ISHARES MSCI ALL COUNTRY ASIA EX ETF | A | Dividend | L | T | Buy | 07/26/18 | L | | |
| 130. ISHARES MSCI EAFE SMALL CAP ETF | A | Dividend | L | T | Buy | 06/21/18 | L | | |
| 131. IRA #1 - MORGAN STANLEY BANK CASH/MM | A | Interest | | | Closed | 06/18/18 | J | | |
| 132. IRA #1 - MORGAN STANLEY COMMON STOCKS (LINES 133-168) (H) | | | | | | | | | |
| 133. ADIENT PLC COMMON | A | Dividend | | | Sold | 04/04/18 | K | | |
| 134. ALPHABET INC | | None | | | Sold | 06/20/18 | L | E | |
| 135. AMAZON COM INC | | None | | | Sold | 06/20/18 | L | F | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 136. CISCO SYS INC | A | Dividend | | | Buy<br>(add'l) | 02/12/18 | J | | |
| 137. | | | | | Sold | 06/20/18 | K | D | |
| 138. COMCAST CORP | A | Dividend | | | Buy<br>(add'l) | 02/27/18 | J | | |
| 139. | | | | | Sold | 06/20/18 | K | | |
| 140. CORBUS PHARMACEUTICALS HLDGS | | None | | | Sold | 06/20/18 | K | | |
| 141. CROWN CASTLE INTL CORP | A | Dividend | | | Sold<br>(part) | 02/08/18 | J | A | |
| 142. | | | | | Sold<br>(part) | 02/12/18 | J | B | |
| 143. | | | | | Sold | 06/20/18 | K | C | |
| 144. DANAHER CORPORATION | A | Dividend | | | Sold | 06/20/18 | K | E | |
| 145. DOWDUPONT NIC | A | Dividend | | | Buy<br>(add'l) | 01/08/18 | J | | |
| 146. | | | | | Sold | 06/20/18 | L | | |
| 147. FRESHPET INC | | None | | | Buy<br>(add'l) | 03/06/18 | J | | |
| 148. | | | | | Sold<br>(part) | 05/03/18 | J | C | |
| 149. | | | | | Sold<br>(part) | 05/07/18 | J | D | |
| 150. | | | | | Sold | 06/20/18 | K | E | |
| 151. HONEYWELL INTERNATIONAL INC | A | Dividend | | | Sold | 06/20/18 | K | E | |
| 152. KINDER MORGAN INCORP | B | Dividend | | | Buy<br>(add'l) | 02/12/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,000 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. | | | | | Sold | 06/20/18 | L | A | |
| 154. ONEOK INC | A | Dividend | | | Distributed (part) | 04/02/18 | J | | |
| 155. | | | | | Sold | 06/20/18 | L | E | |
| 156. IQVIA HLDGS | | None | | | Sold | 06/20/18 | L | D | |
| 157. STARBUCKS CORP | A | Dividend | | | Sold | 06/20/18 | K | | |
| 158. STARWOOD PROPERTY TRUST INC | B | Dividend | | | Sold | 06/20/18 | K | C | |
| 159. TERRAFORM PWR INC | B | Dividend | | | Buy (add'l) | 02/08/18 | J | | |
| 160. | | | | | Sold | 06/20/18 | L | | |
| 161. THERMO FISHER SCIENTIFIC | A | Dividend | | | Sold | 06/20/18 | L | E | |
| 162. TORONTO DOM BK NEW | A | Dividend | | | Sold | 03/26/18 | L | D | |
| 163. VERIZON COMMUNICATIONS | B | Dividend | | | Sold | 06/20/18 | L | D | |
| 164. VISA INC | A | Dividend | | | Sold | 06/20/18 | L | E | |
| 165. WALT DISNEY CO HLDG CO | A | Dividend | | | Buy (add'l) | 05/10/18 | K | | |
| 166. | | | | | Sold | 06/20/18 | L | C | |
| 167. WELLS FARGO & CO | A | Dividend | | | Sold (part) | 03/26/18 | K | D | |
| 168. | | | | | Sold | 06/20/18 | K | D | |
| 169. IRA #1 - MORGN STNLY ETF/ CLSD END FNDS (LINES 170-194) (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 170.  ARES CAPITAL CORP | C | Dividend | | | Sold | 06/20/18 | L | D | |
| 171.  FIRST TRUST NASDAQ-100-TECH ETF | A | Dividend | | | Buy | 02/12/18 | K | | |
| 172. | | | | | Buy (add'l) | 03/09/18 | K | | |
| 173. | | | | | Sold | 06/20/18 | K | B | |
| 174.  FIRST TRUST SENIOR LOAN FUND | A | Dividend | | | Sold (part) | 02/08/18 | J | | |
| 175. | | | | | Sold | 06/20/18 | K | | |
| 176.  ISHARES EDGE MSCI US MOMENTUM FUND | | None | | | Buy | 04/04/18 | K | | |
| 177. | | | | | Sold | 06/20/18 | L | D | |
| 178.  ISHARES MSCI EAFE GROWTH ETF | A | Dividend | | | Sold | 06/20/18 | K | C | |
| 179.  PENNANTPARK FLTG RT CAP LTD | B | Dividend | | | Sold | 06/20/18 | K | D | |
| 180.  PENNANTPARK INVESTMENT CORP | B | Dividend | | | Sold | 06/20/18 | K | A | |
| 181.  INVESCO BUYBACK (FKA POWERSHARES INTL BUYBACK) | A | Dividend | | | Sold | 06/20/18 | K | D | |
| 182.  PROSHARES TR S&P 500 DV ARIST FUND | B | Dividend | | | Sold | 06/20/18 | L | D | |
| 183.  SOLAR CAPITAL LTD FUND | B | Dividend | | | Sold | 06/20/18 | K | C | |
| 184.  SPDR S&P MIDCAP 400 ETF TRUST | A | Dividend | | | Sold | 06/20/18 | L | E | |
| 185.  THE FINANCIAL SEL SEC SPDR FUND | A | Dividend | | | Buy | 03/26/18 | L | | |
| 186. | | | | | Sold | 06/20/18 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. VANGUARD INFO TECH ETF | A | Dividend | | | Sold | 06/20/18 | L | E | |
| 188. VANGUARD MIDCAP ETF | A | Dividend | | | Sold | 06/20/18 | K | D | |
| 189. WISDOMTREE CBOE S&P 500 ETF | | None | | | Sold (part) | 03/09/18 | J | A | |
| 190. | | | | | Sold | 06/20/18 | L | D | |
| 191. WISDOMTREE EURO SM CAP DIV ETF | A | Dividend | | | Sold (part) | 03/09/18 | K | D | |
| 192. | | | | | Sold | 06/20/18 | L | D | |
| 193. WISDOMTREE SMALL CAP DIV FUND | A | Dividend | | | Sold | 06/20/18 | K | E | |
| 194. WISDOMTREE TRUST MDCP EARN FUND | A | Dividend | | | Sold | 06/20/18 | L | E | |
| 195. IRA #1 - MORGAN STANLEY MUTUAL FUND(S) (LINES 196-204) (H) | | | | | | | | | |
| 196. AQR LONG-SHORT EQUITY | | None | | | Sold | 06/21/18 | L | B | |
| 197. AQR STYLE PREMIA ALTERNATIVE | | None | | | Sold | 06/21/18 | K | | |
| 198. GQG PARTNERS MERG MKTS EQ INS FUND | | None | | | Buy | 03/12/18 | K | | |
| 199. | | | | | Buy (add'l) | 04/05/18 | K | | |
| 200. | | | | | Sold | 06/21/18 | L | | |
| 201. JPMORGAN HEDGED EQUITY | | None | | | Sold | 02/12/18 | K | A | |
| 202. OAKMARK INTERNATIONAL | | None | | | Sold (part) | 03/09/18 | K | C | |
| 203. | | | | | Sold | 06/21/18 | L | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 204. VIRTUS VONTOBEL EMRG MKT (FKA VIRTUS INSIGHT EMERG MKTS) | | None | | | Sold | 06/21/18 | K | D | |
| 205. BIF MONEY FUND/CASH | C | Dividend | | | Buy (add'l) | 01/03/18 | J | | |
| 206. | | | | | Buy (add'l) | 01/11/18 | J | | |
| 207. | | | | | Buy (add'l) | 02/02/18 | J | | |
| 208. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 209. | | | | | Sold (part) | 02/21/18 | J | | |
| 210. | | | | | Sold (part) | 02/22/18 | J | | |
| 211. | | | | | Buy (add'l) | 03/02/18 | J | | |
| 212. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 213. | | | | | Sold (part) | 03/28/18 | J | | |
| 214. | | | | | Sold (part) | 04/02/18 | J | | |
| 215. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 216. | | | | | Sold (part) | 04/25/18 | K | | |
| 217. | | | | | Buy (add'l) | 05/02/18 | J | | |
| 218. | | | | | Buy (add'l) | 05/10/18 | J | | |
| 219. | | | | | Sold (part) | 05/23/18 | K | | |
| 220. | | | | | Sold (part) | 05/24/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 221. | | | | | Buy (add'l) | 06/04/18 | J | | |
| 222. | | | | | Buy (add'l) | 06/06/18 | L | | |
| 223. | | | | | Sold (part) | 06/07/18 | J | | |
| 224. | | | | | Buy (add'l) | 06/14/18 | J | | |
| 225. | | | | | Sold (part) | 06/27/18 | J | | |
| 226. | | | | | Buy (add'l) | 07/03/18 | J | | |
| 227. | | | | | Buy (add'l) | 07/12/18 | J | | |
| 228. | | | | | Buy (add'l) | 08/02/18 | J | | |
| 229. | | | | | Buy (add'l) | 08/09/18 | J | | |
| 230. | | | | | Sold (part) | 08/20/18 | J | | |
| 231. | | | | | Sold (part) | 08/29/18 | K | | |
| 232. | | | | | Buy (add'l) | 09/04/18 | J | | |
| 233. | | | | | Sold (part) | 09/11/18 | J | | |
| 234. | | | | | Buy (add'l) | 09/13/18 | J | | |
| 235. | | | | | Sold (part) | 09/19/18 | L | | |
| 236. | | | | | Sold (part) | 09/26/18 | K | | |
| 237. | | | | | Buy (add'l) | 09/27/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 238. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 239. | | | | | Sold (part) | 10/09/18 | J | | |
| 240. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 241. | | | | | Sold (part) | 10/24/18 | K | | |
| 242. | | | | | Sold (part) | 10/31/18 | J | | |
| 243. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 244. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 245. | | | | | Sold (part) | 11/28/18 | J | | |
| 246. | | | | | Sold (part) | 11/29/18 | J | | |
| 247. | | | | | Sold | 11/30/18 | M | | |
| 248. MERRILL LYNCH BANK DEPOSIT MM/ CASH (ML EDGE) | A | Interest | M | T | Open | 11/30/18 | M | | |
| 249. US BANK #3 - (LINES 250-264) (NOTE 20 SECT VIII) (12-MAIN) | | None | | | Open | 01/29/18 | J | | |
| 250. DEUTSCHE ICT TREASURY PORT INST MMF/CASH (NOTE 14 SECT VIII) | A | Interest | | | Buy | 05/17/18 | L | | |
| 251. | | | | | Buy (add'l) | 05/29/18 | K | | |
| 252. | | | | | Sold (part) | 06/11/18 | P1 | | |
| 253. | | | | | Buy (add'l) | 06/11/18 | P1 | | |
| 254. | | | | | Sold | 09/03/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 255. FIRST AMERICAN GOVT OBLIGATIONS FUND/CASH (NOTE 14 SEC VIII) | A | Interest | J | T | Buy | 09/03/18 | J | | |
| 256. | | | | | Buy (add'l) | 12/17/18 | P1 | | |
| 257. | | | | | Sold (part) | 12/20/18 | O | | |
| 258. | | | | | Sold (part) | 12/21/18 | O | | |
| 259. | | | | | Sold (part) | 12/24/18 | O | | |
| 260. | | | | | Sold (part) | 12/27/18 | O | | |
| 261. NYC NY ADJ FISCAL BOND | | None | O | T | Buy | 12/20/18 | O | | |
| 262. NYC NY MUNI WATER BOND | | None | O | T | Buy | 12/20/18 | O | | |
| 263. NYC NY SUBSER BOND | | None | O | T | Buy | 12/20/18 | O | | |
| 264. NY NY ST HSG FN AGY BOND | | None | O | T | Buy | 12/20/18 | O | | |
| 265. US BANK #4 (MUNI) (NOTE 20 SECT VIII) (LINES 266-400) | | None | | | Open | 01/29/18 | J | | |
| 266. FIRST AMERICAN GOVT OBLIG MMF/ CSH (SEE NOTE 14 IN SECT VIII) | A | Dividend | P2 | T | Buy | 09/19/18 | K | | |
| 267. | | | | | Buy (add'l) | 09/27/18 | N | | |
| 268. | | | | | Sold (part) | 09/28/18 | M | | |
| 269. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 270. | | | | | Sold (part) | 10/02/18 | L | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,000 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. | | | | | Sold (part) | 10/04/18 | L | | |
| 272. | | | | | Buy (add'l) | 10/11/18 | N | | |
| 273. | | | | | Sold (part) | 10/12/18 | M | | |
| 274. | | | | | Sold (part) | 10/18/18 | L | | |
| 275. | | | | | Buy (add'l) | 10/23/18 | M | | |
| 276. | | | | | Sold (part) | 10/23/18 | M | | |
| 277. | | | | | Buy (add'l) | 11/01/18 | M | | |
| 278. | | | | | Sold (part) | 11/01/18 | M | | |
| 279. | | | | | Buy (add'l) | 11/14/18 | L | | |
| 280. | | | | | Sold (part) | 11/14/18 | L | | |
| 281. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 282. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 283. | | | | | Buy (add'l) | 12/13/18 | M | | |
| 284. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 285. | | | | | Buy (add'l) | 12/20/18 | P2 | | |
| 286. | | | | | Sold (part) | 12/20/18 | M | | |
| 287. | | | | | Buy (add'l) | 12/21/18 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 288. | | | | | Sold (part) | 12/26/18 | N | | |
| 289. | | | | | Sold (part) | 12/27/18 | N | | |
| 290. | | | | | Sold (part) | 12/31/18 | O | | |
| 291. DEUTSCHE ICT TREASURY PORT INST MMF/CASH (NOTE 14 SECT VIII) | C | Dividend | | | Buy | 06/11/18 | P1 | | |
| 292. | | | | | Sold (part) | 06/14/18 | L | | |
| 293. | | | | | Sold (part) | 06/18/18 | M | | |
| 294. | | | | | Sold (part) | 06/19/18 | M | | |
| 295. | | | | | Sold (part) | 06/20/18 | L | | |
| 296. | | | | | Sold (part) | 06/21/18 | L | | |
| 297. | | | | | Sold (part) | 06/27/18 | M | | |
| 298. | | | | | Sold (part) | 06/28/18 | L | | |
| 299. | | | | | Sold (part) | 06/29/18 | M | | |
| 300. | | | | | Sold (part) | 06/29/18 | P1 | | |
| 301. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 302. | | | | | Buy (add'l) | 07/10/18 | N | | |
| 303. | | | | | Sold (part) | 07/10/18 | L | | |
| 304. | | | | | Sold (part) | 07/11/18 | N | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 305. | | | | | Buy<br>(add'l) | 07/11/18 | M | | |
| 306. | | | | | Sold<br>(part) | 07/12/18 | L | | |
| 307. | | | | | Sold<br>(part) | 07/13/18 | M | | |
| 308. | | | | | Buy<br>(add'l) | 07/13/18 | M | | |
| 309. | | | | | Sold<br>(part) | 07/16/18 | L | | |
| 310. | | | | | Sold<br>(part) | 07/17/18 | L | | |
| 311. | | | | | Buy<br>(add'l) | 07/18/18 | M | | |
| 312. | | | | | Buy<br>(add'l) | 07/19/18 | O | | |
| 313. | | | | | Sold<br>(part) | 07/19/18 | L | | |
| 314. | | | | | Sold<br>(part) | 07/20/18 | M | | |
| 315. | | | | | Sold<br>(part) | 07/23/18 | L | | |
| 316. | | | | | Sold<br>(part) | 07/26/18 | M | | |
| 317. | | | | | Sold<br>(part) | 07/27/18 | L | | |
| 318. | | | | | Buy<br>(add'l) | 08/01/18 | J | | |
| 319. | | | | | Sold<br>(part) | 08/02/18 | M | | |
| 320. | | | | | Sold<br>(part) | 08/08/18 | M | | |
| 321. | | | | | Sold<br>(part) | 08/09/18 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 322. | | | | | Sold (part) | 08/14/18 | M | | |
| 323. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 324. | | | | | Sold (part) | 08/16/18 | M | | |
| 325. | | | | | Buy (add'l) | 08/20/18 | N | | |
| 326. | | | | | Sold (part) | 08/20/18 | M | | |
| 327. | | | | | Sold (part) | 08/21/18 | M | | |
| 328. | | | | | Buy (add'l) | 09/04/18 | J | | |
| 329. | | | | | Sold (part) | 09/11/18 | L | | |
| 330. | | | | | Sold (part) | 09/18/18 | L | | |
| 331. | | | | | Sold | 09/19/18 | K | | |
| 332. ALLEN CNTY OH HOSPITAL BOND | A | Interest | L | T | Buy | 07/19/18 | L | | |
| 333. BALTIMORE COUNTY MD BOND | A | Interest | L | T | Buy | 06/15/18 | L | | |
| 334. CHANDLER AZ INDL DEV BOND | | None | M | T | Buy | 08/14/18 | M | | |
| 335. CLARK COUNTY NV PARKS IMPRV BOND | | None | N | T | Buy | 12/31/18 | N | | |
| 336. CLARK COUNTY NV SCH BOND | | None | M | T | Buy | 10/18/18 | M | | |
| 337. CONROE TX INDEP SCH DIST REF BOND | A | Interest | | | Buy | 06/19/18 | L | | |
| 338. | | | | | Sold | 10/23/18 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 339.  DALLAS FORT WORTH TX BOND | B | Interest | L | T | Buy | 07/17/18 | L | | |
| 340.  EDINBURG TX CONSOL BOND | | None | M | T | Buy | 08/20/18 | M | | |
| 341.  FLORIDA ST MUN BOND | B | Interest | | | Buy | 07/12/18 | L | | |
| 342. | | | | | Redeemed | 12/26/18 | L | | |
| 343.  GEORGIA ST ROAD TOLLWAY AUTH BOND | B | Interest | | | Buy | 06/12/18 | L | | |
| 344. | | | | | Sold | 10/23/18 | L | | |
| 345.  GOLDEN ST TABACCO SECURITIZATION BOND | B | Interest | L | T | Buy | 06/21/18 | L | | |
| 346.  HARRIS CNTY HOUSTON TX BOND | B | Interest | M | T | Buy | 08/21/18 | M | | |
| 347.  HOUSTON TX ARPT SYS BOND | | None | L | T | Buy | 07/18/18 | L | | |
| 348.  HOUSTON TX HOTEL BOND | A | Interest | L | T | Buy | 10/04/18 | L | | |
| 349.  ILLINOIS ST FIN AUTH BOND | | None | L | T | Buy | 10/30/18 | L | | |
| 350.  INDIANA ST FIN AUTH 5/1/24 BOND | A | Interest | L | T | Buy | 07/11/18 | L | | |
| 351. | | | | | Sold (part) | 08/17/18 | J | | |
| 352.  INDIANA ST FIN AUTH 5/1/22 BOND | A | Interest | J | T | Buy | 08/17/18 | J | | |
| 353.  JACKSONVILLE FL CAPITAL IMPT BOND | B | Interest | L | T | Buy | 06/14/18 | L | | |
| 354.  KENTUCKY ST ASSET LIAB COMM GEN FUND BOND | | None | N | T | Buy | 12/27/18 | N | | |
| 355.  KENTUCKY ST PPTY BLDGS BOND | | None | L | T | Buy | 09/11/18 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 356. LOUISIANA PUB FACS AUTH REV BOND | B | Interest | L | T | Buy | 06/25/18 | L | | |
| 357. MARICOPA CNTY AZ BOND | | None | L | T | Buy | 09/28/18 | L | | |
| 358. MARYLAND ST HEALTH - 7/1/24 BOND | | None | L | T | Buy | 07/12/18 | L | | |
| 359. MARYLAND ST HEALTH -7/1/30 BOND | | None | L | T | Buy | 10/18/18 | L | | |
| 360. MASSACHUSETTS ST FEDERAL HWY BOND | B | Interest | | | Buy | 06/14/18 | L | | |
| 361. | | | | | Sold | 10/23/18 | L | | |
| 362. MET TRANSPORTATION NY - 11/15/20 BOND | A | Interest | M | T | Buy | 10/23/18 | M | | |
| 363. MET TRANSPORTATION NY - 11/15/33 BOND | | None | N | T | Buy | 12/27/18 | N | | |
| 364. MIAMI DADE CNTY FL AVIATION REV (10/1/2030) BOND | A | Interest | M | T | Buy | 07/24/18 | M | | |
| 365. MIAMI DAD CNTY FL AVIATION REV (10/1/2020) BOND | | None | N | T | Buy | 12/26/18 | N | | |
| 366. MICHIGAN ST BOND | | None | M | T | Buy | 08/16/18 | M | | |
| 367. MISSOURI ST ENVR ENERGY 2 (12/1/22) BOND | A | Interest | L | T | Buy | 07/11/18 | L | | |
| 368. MISSOURI ST ENVR ENERGY 3 (9/1/33) BOND | | None | M | T | Buy | 12/20/18 | M | | |
| 369. MISSOURI ST HLTH BOND | B | Interest | | | Buy | 07/10/18 | L | | |
| 370. | | | | | Sold | 11/14/18 | L | | |
| 371. NASSAU CNTY NY INDL DEV AGY REF BOND | B | Interest | | | Buy | 06/29/18 | P1 | | |
| 372. | | | | | Sold (part) | 07/10/18 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 373. | | | | | Sold (part) | 07/11/18 | M | | |
| 374. | | | | | Sold (part) | 07/13/18 | M | | |
| 375. | | | | | Sold (part) | 07/18/18 | M | | |
| 376. | | | | | Sold (part) | 08/20/18 | N | | |
| 377. | | | | | Sold | 09/27/18 | N | | |
| 378. NEW YORK CITY NY TRANSITIONAL FIN 5/1/2022 BOND | A | Interest | M | T | Buy | 10/12/18 | M | | |
| 379. NEW YORK CITY NY TRANSITIONAL FIN BOND | B | Interest | | | Buy | 06/29/18 | N | | |
| 380. | | | | | Sold | 10/11/18 | N | | |
| 381. NEW YORK STATE DORM AUTH BOND | A | Interest | L | T | Buy | 07/18/18 | L | | |
| 382. NEW YORK ST THRUWAY BOND | | None | L | T | Buy | 07/13/18 | L | | |
| 383. NEW YORK ST URBAN BOND | | None | M | T | Buy | 09/28/18 | M | | |
| 384. NORTH CAROLINA ST BOND | A | Interest | L | T | Buy | 09/18/18 | L | | |
| 385. PENNSYLVANIA ST TURNPIKE COMM BOND | B | Interest | L | T | Buy | 07/09/18 | L | | |
| 386. PHILADELPHIA PA REF SER A BOND | A | Interest | L | T | Buy | 06/15/18 | L | | |
| 387. PORT OF CORPUS CHRISTI TX AUTH BOND | B | Interest | M | T | Buy | 07/25/18 | M | | |
| 388. SAINT MARYS KS BOND | A | Interest | | | Buy | 11/14/18 | L | | |
| 389. | | | | | Redeemed | 12/13/18 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 390. SEATTLE WA MUNI LIGHT PWR REV BOND | | None | L | T | Buy | 07/06/18 | L | | |
| 391. SOUTH DAKOTA ST EDU BOND | B | Interest | L | T | Buy | 07/25/18 | L | | |
| 392. SYRACUSE NY INDL DEV AGY CIVIC FAC BOND | B | Interest | L | T | Buy | 06/27/18 | L | | |
| 393. TOBACCO SETTLMENT AUTH WA BOND | B | Interest | L | T | Buy | 06/13/18 | L | | |
| 394. TOBACCO SETTLEMENT FINANCING CORP LA BOND | B | Interest | L | T | Buy | 06/27/18 | L | | |
| 395. WAMEGO KS POLL BOND | B | Interest | | | Buy | 07/31/18 | L | | |
| 396. | | | | | Redeemed | 12/13/18 | L | | |
| 397. WASHINGTON ST CONVENTION CENTER BOND | | None | M | T | Buy | 08/08/18 | M | | |
| 398. WAXAHACHIE TX INDEP SCH DIST REF BOND | A | Interest | L | T | Buy | 06/25/18 | L | | |
| 399. WINNEBAGO CNTY IL REF SER C BOND | B | Interest | L | T | Buy | 07/09/18 | L | | |
| 400. YORKTOWN NY CENTRAL SCH DISTR BOND | A | Interest | L | T | Buy | 06/27/18 | L | | |
| 401. ADDL COMMON STOCKS AND FUNDS (NON-IRA)(LINES 402-573) (H) | | | | | | | | | |
| 402. ACCENTURE COMMON STOCK | B | Dividend | L | T | Sold (part) | 06/27/18 | J | C | |
| 403. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 404. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 405. CHUBB (FKA AS ACE LTD) COMMON STOCK | D | Dividend | N | T | | | | | |
| 406. AIR PRODS & CHEMS COMMON STOCK | B | Dividend | L | T | Sold (part) | 05/15/18 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 407. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 408. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 409. ALPHABET COMMON STOCK | | None | O | T | Buy (add'l) | 01/25/18 | M | | |
| 410. AMAZON.COM COMMON STOCK | | None | P1 | T | | | | | |
| 411. AMGEN COMMON STOCK | E | Dividend | M | T | Sold (part) | 06/05/18 | J | B | |
| 412. | | | | | Sold | 10/12/18 | O | G | |
| 413. | | | | | Buy | 12/21/18 | J | | |
| 414. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 415. ANALOG DEVICES COMMON STOCK | C | Dividend | L | T | Buy (add'l) | 06/05/18 | M | | |
| 416. | | | | | Sold | 09/12/18 | L | | |
| 417. | | | | | Buy | 12/21/18 | J | | |
| 418. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 419. APPLE INC COMMON STOCK | C | Dividend | M | T | Sold (part) | 02/07/18 | K | D | |
| 420. | | | | | Sold (part) | 06/27/18 | K | D | |
| 421. | | | | | Buy (add'l) | 11/02/18 | N | | |
| 422. | | | | | Sold (part) | 11/12/18 | J | D | |
| 423. | | | | | Sold (part) | 11/20/18 | N | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 29 of 97

**Name of Person Reporting**

Wood, Kimba M.

**Date of Report**

10/16/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 424. | | | | | Buy (add'l) | 12/21/18 | K | | |
| 425. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 426. APPLIED MATERIALS COMMON STOCK | A | Dividend | | | Sold | 03/26/18 | L | E | |
| 427. AT&T COMMON STOCK | C | Dividend | M | T | Buy | 01/08/18 | L | | |
| 428. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 429. | | | | | Buy (add'l) | 09/05/18 | J | | |
| 430. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 431. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 432. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 433. BERKSHIRE HATHAWAY COMMON STOCK | | None | P1 | T | Buy (add'l) | 02/26/18 | N | | |
| 434. BLACKROCK INC COMMON STOCK | E | Dividend | P1 | T | Buy (add'l) | 03/27/18 | J | | |
| 435. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 436. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 437. BOEING COMMON STOCK | B | Dividend | L | T | Sold (part) | 01/17/18 | K | D | |
| 438. | | | | | Sold (part) | 02/07/18 | J | C | |
| 439. | | | | | Sold (part) | 06/27/18 | J | C | |
| 440. | | | | | Buy (add'l) | 12/13/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 441. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 442. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 443. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 444. BRISTOL MYERS SQUIBB COMMON STOCK | A | Dividend | | | Buy | 09/05/18 | K | | |
| 445. | | | | | Sold | 11/12/18 | K | | |
| 446. CABOT OIL & GAS COMMON STOCK | B | Dividend | | | Sold | 05/22/18 | M | G | |
| 447. CDK GLOBAL INC COMMON STOCK | A | Dividend | | | Sold | 05/16/18 | M | G | |
| 448. CHEVRON COMMON STOCK | C | Dividend | M | T | Buy (add'l) | 02/07/18 | J | | |
| 449. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 450. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 451. CISCO SYS COMMON STOCK | C | Dividend | M | T | Sold (part) | 05/15/18 | J | C | |
| 452. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 453. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 454. CME GROUP COMMON STOCK | C | Dividend | M | T | Sold (part) | 12/10/18 | J | D | |
| 455. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 456. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 457. CMS ENERGY COMMON STOCK | A | Dividend | L | T | Buy | 03/26/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 97

Name of Person Reporting

Wood, Kimba M.

Date of Report

10/16/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 458. | | | | | Buy<br>(add'l) | 11/12/18 | J | | |
| 459. | | | | | Buy<br>(add'l) | 12/10/18 | J | | |
| 460. | | | | | Buy<br>(add'l) | 12/21/18 | J | | |
| 461. | | | | | Buy<br>(add'l) | 12/24/18 | J | | |
| 462. COGNIZANT TECH SOLUTIONS<br>COMMON STOCK | C | Dividend | | | Sold | 09/12/18 | O | G | |
| 463. COMCAST COMMON STOCK | B | Dividend | L | T | Buy<br>(add'l) | 04/25/18 | J | | |
| 464. | | | | | Buy<br>(add'l) | 07/30/18 | J | | |
| 465. | | | | | Buy<br>(add'l) | 12/21/18 | J | | |
| 466. | | | | | Buy<br>(add'l) | 12/24/18 | J | | |
| 467. CONS DISCRET SEL SECT SPDR FUND | A | Dividend | | | Sold | 06/07/18 | K | D | |
| 468. CONSTELLATION BRANDS | C | Dividend | M | T | | | | | |
| 469. CROWN CASTLE COMMON STOCK | C | Dividend | L | T | Sold<br>(part) | 06/07/18 | L | C | |
| 470. | | | | | Buy<br>(add'l) | 11/12/18 | J | | |
| 471. | | | | | Buy<br>(add'l) | 12/21/18 | J | | |
| 472. | | | | | Buy<br>(add'l) | 12/24/18 | J | | |
| 473. DOWDUPONT COMMON STOCK | B | Dividend | L | T | Buy<br>(add'l) | 01/17/18 | K | | |
| 474. | | | | | Buy<br>(add'l) | 02/07/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 32 of 97

Name of Person Reporting

Wood, Kimba M.

Date of Report

10/16/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 475. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 476. | | | | | Buy (add'l) | 11/12/18 | J | | |
| 477. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 478. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 479. FIRST TRUST NASDAQ-100-TECH | A | Dividend | | | Buy | 02/12/18 | J | | |
| 480. | | | | | Sold | 06/07/18 | K | B | |
| 481. GENERAL DYNAMICS COMMON STOCK | A | Dividend | L | T | Buy (add'l) | 01/17/18 | J | | |
| 482. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 483. | | | | | Buy (add'l) | 10/30/18 | J | | |
| 484. | | | | | Buy (add'l) | 11/12/18 | J | | |
| 485. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 486. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 487. INVESCO S&P 500 EQU WT (FKA GUGENHEIM S&P 500 EQ WGHT FND | A | Dividend | | | Sold | 06/07/18 | L | E | |
| 488. THE HERSHEY CO COMMON STOCK | A | Dividend | | | Sold | 05/15/18 | L | | |
| 489. HOME DEPOT COMMON STOCK | B | Dividend | L | T | Sold (part) | 01/17/18 | J | C | |
| 490. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 491. | | | | | Buy (add'l) | 12/24/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 97

**Name of Person Reporting**

Wood, Kimba M.

**Date of Report**

10/16/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 492. HONEYWELL COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 01/17/18 | J | | |
| 493. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 494. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 495. ISHARES EDGE MSCI MIN VOL USA ETF | A | Dividend | | | Sold | 06/07/18 | L | D | |
| 496. ISHARES MSCI EAFE SM CAP ETF | | None | | | Sold | 06/07/18 | K | D | |
| 497. ISHARES MSCI EAFE GROWTH ETF | | None | | | Sold | 06/07/18 | K | D | |
| 498. ISHARES S&P 500 VAL ETF | A | Dividend | | | Sold | 06/07/18 | L | D | |
| 499. ISHARES US BASIC MATERIALS | A | Dividend | | | Sold | 06/07/18 | J | A | |
| 500. ISHARES US TECHNOLOGY ETF | A | Dividend | | | Sold | 06/07/18 | K | E | |
| 501. JOHNSON & JOHNSON COMMON STOCK | F | Dividend | P1 | T | | | | | |
| 502. JPMORGAN CHASE COMMON STOCK | C | Dividend | M | T | Buy (add'l) | 03/27/18 | J | | |
| 503. | | | | | Buy (add'l) | 12/21/18 | K | | |
| 504. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 505. MCDONALDS INC COMMON STOCK | B | Dividend | L | T | Buy | 02/07/18 | K | | |
| 506. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 507. | | | | | Buy (add'l) | 03/26/18 | J | | |
| 508. | | | | | Buy (add'l) | 06/27/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 509. | | | | | Buy<br>(add'l) | 07/30/18 | J | | |
| 510. | | | | | Buy<br>(add'l) | 12/10/18 | J | | |
| 511. | | | | | Buy<br>(add'l) | 12/21/18 | J | | |
| 512. | | | | | Buy<br>(add'l) | 12/24/18 | J | | |
| 513. MEDTRONIC PLC COMMON STOCK | B | Dividend | M | T | Buy<br>(add'l) | 01/17/18 | J | | |
| 514. | | | | | Buy<br>(add'l) | 03/26/18 | J | | |
| 515. | | | | | Sold<br>(part) | 09/05/18 | J | C | |
| 516. | | | | | Buy<br>(add'l) | 12/21/18 | J | | |
| 517. | | | | | Buy<br>(add'l) | 12/24/18 | J | | |
| 518. MERCK & CO COMMON STOCK | B | Dividend | M | T | Buy<br>(add'l) | 01/08/18 | L | | |
| 519. | | | | | Buy<br>(add'l) | 02/07/18 | J | | |
| 520. | | | | | Sold<br>(part) | 09/05/18 | J | B | |
| 521. | | | | | Sold<br>(part) | 11/12/18 | K | C | |
| 522. | | | | | Buy<br>(add'l) | 12/21/18 | J | | |
| 523. | | | | | Buy<br>(add'l) | 12/24/18 | J | | |
| 524. MICROSOFT COMMON STOCK | D | Dividend | O | T | Sold<br>(part) | 02/07/18 | K | D | |
| 525. | | | | | Buy<br>(add'l) | 12/21/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Wood, Kimba M.

Date of Report

10/16/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 526. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 527.  MONDELEZ INTL COMMON STOCK | A | Dividend | M | T | Buy | 05/15/18 | L | | |
| 528. | | | | | Buy (add'l) | 06/05/18 | J | | |
| 529. | | | | | Buy (add'l) | 10/30/18 | J | | |
| 530. | | | | | Buy (add'l) | 11/12/18 | J | | |
| 531. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 532. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 533. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 534.  MONGODB INC COMMON STOCK | | None | N | T | Buy | 11/29/18 | N | | |
| 535.  NASPERS LTD COMMON STOCK | | None | | | Buy | 01/03/18 | N | | |
| 536. | | | | | Sold (part) | 04/02/18 | M | | |
| 537. | | | | | Sold | 04/03/18 | L | | |
| 538.  NEWELL BRANDS COMMON STOCK | B | Dividend | L | T | Buy | 01/08/18 | L | | |
| 539. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 540. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 541. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 542.  OAKMARK INTERNATIONAL | | None | | | Sold | 06/08/18 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 543. OCCIDENTAL PETE CORP COMMON STOCK | C | Dividend | M | T | Buy (add'l) | 03/26/18 | J | | |
| 544. | | | | | Buy (add'l) | 08/13/18 | J | | |
| 545. | | | | | Buy (add'l) | 09/05/18 | J | | |
| 546. | | | | | Buy (add'l) | 12/10/18 | K | | |
| 547. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 548. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 549. PAYPAL HOLDINGS COMMON STOCK | | None | O | T | Buy | 06/26/18 | N | | |
| 550. PEPSICO COMMON STOCK | B | Dividend | M | T | Buy (add'l) | 03/26/18 | J | | |
| 551. | | | | | Buy (add'l) | 06/27/18 | J | | |
| 552. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 553. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 554. PFIZER INC COMMON STOCK | C | Dividend | M | T | Buy (add'l) | 01/08/18 | L | | |
| 555. | | | | | Buy (add'l) | 02/07/18 | J | | |
| 556. | | | | | Sold (part) | 12/10/18 | J | B | |
| 557. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 558. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 559. PIONEER NATURAL RESOURCES COMMON STOCK | A | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 97

Name of Person Reporting

Wood, Kimba M.

Date of Report

10/16/2019

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 560. INVESCO INTL BUYBACK (FKA PWRSH INTL BUYBK) | A | Dividend | | | Sold | 06/07/18 | K | D | |
| 561. INVESCO S&P 500 LOW VOLA ETF (FKA POWRSH S&P 500 LOW VOLA) | A | Dividend | | | Sold | 06/07/18 | L | D | |
| 562. PROCTER & GAMBLE COMMON STOCK | C | Dividend | M | T | Buy (add'l) | 06/27/18 | J | | |
| 563. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 564. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 565. PROSHARES TR S&P 500 DV ARIST FUND | A | Dividend | | | Sold | 06/07/18 | L | D | |
| 566. RAYTHEON COMMON STOCK | B | Dividend | L | T | Sold (part) | 04/27/18 | J | C | |
| 567. | | | | | Buy (add'l) | 07/30/18 | J | | |
| 568. | | | | | Buy (add'l) | 11/12/18 | J | | |
| 569. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 570. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 571. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 572. RESIDIO TECH COMMON STOCK | | None | | | Spinoff (from line 492) | 10/01/18 | J | | |
| 573. | | | | | Sold | 11/12/18 | J | | |
| 574. IRA ACCOUNT #2 (LINES 575-679) (H) | | | | | | | | | |
| 575. ADIENT PLC | A | Dividend | | | Sold | 04/04/18 | J | | |
| 576. AIMMUNE THERAPEUTICS INC COMMON STOCK | | None | J | T | Buy | 06/11/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wood, Kimba M. | 10/16/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 577. | | | | | Buy (add'l) | 06/12/18 | J | | |
| 578. ALPHABET INC COMMON STOCK | | None | K | T | | | | | |
| 579. AMAZON COM INC COMMON STOCK | | None | K | T | | | | | |
| 580. AQR LONG-SHORT EQ INST MUTUAL FUND | A | Dividend | J | T | Sold (part) | 11/15/18 | J | | |
| 581. | | | | | Sold (part) | 12/07/18 | J | | |
| 582. AQR STYLE PREMIA ALTERNATIVE MUTUAL FUND | A | Dividend | J | T | Sold (part) | 12/07/18 | J | | |
| 583. ARES CAPITAL CORP FUND (SEE NOTE 24 IN SECT VIII) | A | Dividend | J | T | Sold | 06/04/18 | K | C | |
| 584. | | | | | Buy | 12/19/18 | J | | |
| 585. CISCO SYS INC | A | Dividend | | | Buy (add'l) | 02/12/18 | J | | |
| 586. | | | | | Sold | 06/21/18 | J | B | |
| 587. COMCAST CORP | A | Dividend | K | T | Buy (add'l) | 02/27/18 | J | | |
| 588. | | | | | Buy (add'l) | 10/25/18 | J | | |
| 589. CORBUS PHARMACEUTICALS HLDGS | | None | J | T | Buy (add'l) | 06/21/18 | J | | |
| 590. CROWN CASTLE INTL CORP COMMON STOCK | A | Dividend | J | T | Sold (part) | 02/08/18 | J | A | |
| 591. | | | | | Sold (part) | 02/12/18 | J | A | |
| 592. DANAHER CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 593. DOWDUPONT INC | A | Dividend | | | Buy (add'l) | 01/08/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|

Wood, Kimba M.

10/16/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 594. | | | | | Sold | 10/24/18 | J | | |
| 595. EATON VANCE FLOATING RATE | A | Dividend | | | Buy | 06/22/18 | K | | |
| 596. | | | | | Sold | 12/07/18 | K | | |
| 597. EATON VANCE SHORT DURATION GOVT INC | | None | J | T | Buy | 12/07/18 | J | | |
| 598. FACEBOOK INC COMMON STOCK | | None | K | T | Buy | 07/26/18 | J | | |
| 599. | | | | | Buy<br>(add'l) | 10/11/18 | J | | |
| 600. | | | | | Buy<br>(add'l) | 12/06/18 | J | | |
| 601. FIRST TRUST NASDAQ-100-TECH | A | Dividend | | | Buy | 02/12/18 | J | | |
| 602. | | | | | Buy<br>(add'l) | 03/09/18 | J | | |
| 603. | | | | | Buy<br>(add'l) | 10/11/18 | J | | |
| 604. | | | | | Sold | 10/24/18 | K | | |
| 605. FIRST TRUST SENIOR LOAN FUND | A | Dividend | J | T | Sold<br>(part) | 02/08/18 | J | | |
| 606. FRESHPET INC COMMON STOCK (SEE NOTE 21 IN SECT VIII) | | None | | | Sold<br>(part) | 05/03/18 | J | A | |
| 607. | | | | | Sold<br>(part) | 05/07/18 | J | B | |
| 608. | | | | | Sold<br>(part) | 07/26/18 | J | B | |
| 609. | | | | | Sold<br>(part) | 07/30/18 | J | B | |
| 610. | | | | | Sold<br>(part) | 08/02/18 | J | B | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 611. | | | | | Sold (part) | 08/03/18 | J | B | |
| 612. GQG PARTNERS EMRG MKTS EQ INS | A | Dividend | K | T | Buy | 03/12/18 | J | | |
| 613. | | | | | Buy (add'l) | 04/05/18 | J | | |
| 614. | | | | | Sold (part) | 06/21/18 | J | | |
| 615. | | | | | Buy (add'l) | 08/20/18 | J | | |
| 616. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 617. GREENSKY INC CL A COMMON STOCK | | None | J | T | Buy | 12/07/18 | J | | |
| 618. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 619. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 620. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 621. HONEYWELL INTERNATIONAL INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 622. INVESCO PREMIER INST | A | Dividend | | | Buy | 06/25/18 | L | | |
| 623. | | | | | Sold (part) | 07/26/18 | J | | |
| 624. | | | | | Sold (part) | 08/21/18 | J | | |
| 625. | | | | | Sold (part) | 08/22/18 | K | | |
| 626. | | | | | Sold | 10/11/18 | J | | |
| 627. IQVIA HOLDINGS INC COMMON | | None | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 628. ISHARES EDGE MSCI US MOMENTUM | A | Dividend | K | T | Buy | 04/04/18 | J | | |
| 629. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 630. ISHARES FACTOR SELECT MSCI | A | Dividend | K | T | Buy | 08/23/18 | J | | |
| 631. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 632. ISHARES MSCI GROWTH ETF | A | Dividend | J | T | | | | | |
| 633. ISHARES S&P MIDCAP 400 INDEX | A | Dividend | K | T | Buy | 11/27/18 | K | | |
| 634. JPMORGAN HEDGED EQUITY MUTUAL FUND | | None | | | Sold | 02/12/18 | J | A | |
| 635. KINDER MORGAN INCORP COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 02/12/18 | J | | |
| 636. LOOMIS SR FLTNG RT & FX INC | A | Dividend | | | Buy | 06/22/18 | K | | |
| 637. | | | | | Sold (part) | 12/07/18 | J | | |
| 638. | | | | | Sold | 12/19/18 | J | | |
| 639. OAKMARK INTERNATIONAL MUTUAL FUND | A | Dividend | J | T | Sold (part) | 03/09/18 | J | B | |
| 640. | | | | | Sold (part) | 06/21/18 | J | A | |
| 641. ONEOK INC COMMON STOCK | A | Dividend | J | T | Sold (part) | 06/21/18 | J | A | |
| 642. PENNANTPARK FLTG RT CAP LTD FUND | B | Dividend | J | T | | | | | |
| 643. PENNANTPARK INVESTMENT CORP FUND | B | Dividend | J | T | | | | | |
| 644. PLAINS GP HOLDINGS LP | | None | J | T | Buy | 09/28/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 645. | | | | | Buy<br>(add'l) | 10/01/18 | J | | |
| 646. | | | | | Buy<br>(add'l) | 10/02/18 | J | | |
| 647. INVESCO BUYBACK ACH (FKA POWERSHARES INTL BUYBACK FUND) | A | Dividend | J | T | | | | | |
| 648. PROSHARES TR S&P 500 DV ARIST FUND | A | Dividend | K | T | | | | | |
| 649. SALESFORCE.COM INC COMMON STOCK | | None | J | T | Buy | 12/13/18 | J | | |
| 650. SOLAR CAPITAL LTD FUND | A | Dividend | J | T | | | | | |
| 651. SPDR S&P 500 ETF TRUST | | None | J | T | Buy | 11/15/18 | J | | |
| 652. SPDR S&P MIDCAP 400 ETF TRUST | A | Dividend | | | Sold | 11/27/18 | K | D | |
| 653. STARBUCKS CORP COMMON STOCK | A | Dividend | | | Sold | 06/25/18 | J | | |
| 654. STARWOOD PROPERTY TRUST CMN STOCK | B | Dividend | J | T | | | | | |
| 655. TERRAFORM PWR INC | B | Dividend | K | T | Buy<br>(add'l) | 02/08/18 | J | | |
| 656. THE FINANCIAL SEL SECT SPDR FUND | A | Dividend | | | Buy | 03/26/18 | K | | |
| 657. | | | | | Sold<br>(part) | 06/21/18 | J | | |
| 658. | | | | | Sold | 10/24/18 | J | | |
| 659. THERMO FISHER SCIENTIFIC COMMON STOCK | A | Dividend | K | T | Sold<br>(part) | 06/21/18 | J | A | |
| 660. TORONTO DOM BK COMMON STOCK | A | Dividend | | | Sold | 03/26/18 | K | C | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 661.  VANGUARD INFO TECH ETF | A | Dividend | K | T | | | | | |
| 662.  VANGUARD MID-CAP ETF | A | Dividend | J | T | | | | | |
| 663.  VERIZON COMMUNICATIONS<br>COMMON STOCK | A | Dividend | K | T | Buy<br>(add'l) | 06/19/18 | J | | |
| 664.  VIRTUS VONTOBEL EMG (FKA VIRTU<br>INSIGHT EMG MKTS) MUTUAL FUND | | None | | | Sold | 06/21/18 | J | B | |
| 665.  VISA INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 666.  WALT DISNEY CO HLDG CO COMMON<br>STOCK | A | Dividend | K | T | Buy<br>(add'l) | 05/10/18 | J | | |
| 667.  WELLS FARGO & CO COMMON STOCK | A | Dividend | | | Sold<br>(part) | 03/26/18 | J | B | |
| 668. | | | | | Sold | 06/21/18 | J | B | |
| 669.  WISDOMTREE CBOE S&P 500 ETF | B | Dividend | K | T | Sold<br>(part) | 03/09/18 | J | A | |
| 670. | | | | | Sold<br>(part) | 07/20/18 | J | A | |
| 671. | | | | | Buy<br>(add'l) | 10/11/18 | J | | |
| 672. | | | | | Buy<br>(add'l) | 10/25/18 | J | | |
| 673.  WISDOMTREE EURO SM CAP DIV ETF | A | Dividend | J | T | Sold<br>(part) | 03/09/18 | J | B | |
| 674. | | | | | Sold<br>(part) | 06/21/18 | J | A | |
| 675.  WISDOMTREE SMALL CAP DIV FUND | A | Dividend | J | T | | | | | |
| 676.  WISDOMTREE TRUST MIDCAP EARN<br>FUND | A | Dividend | K | T | Sold<br>(part) | 06/21/18 | J | A | |
| 677.  WISDOMTREE TRUST CHINA DIV EX | A | Dividend | J | T | Buy | 08/16/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 678. | | | | | Buy (add'l) | 08/22/18 | J | | |
| 679. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 680.　ADDITIONAL COMMN STOCKS/FUNDS (NON-IRA) (LINES 681-734) (H) | | | | | | | | | |
| 681.　SCHLUMBERGER COMMON STOCK | B | Dividend | | | Buy | 01/08/18 | L | | |
| 682. | | | | | Buy (add'l) | 02/07/18 | J | | |
| 683. | | | | | Sold (part) | 09/05/18 | J | | |
| 684. | | | | | Sold | 12/10/18 | K | | |
| 685.　SEMPRA ENERGY COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 12/21/18 | J | | |
| 686. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 687.　SPDR S&P 500 ETF | B | Dividend | | | Sold | 01/18/18 | N | D | |
| 688.　SPDR S&P BANK ETF | A | Dividend | | | Sold | 06/07/18 | K | D | |
| 689.　SPDR S&P MIDCP 400 ETF TRUST | A | Dividend | | | Sold | 06/07/18 | M | E | |
| 690.　SPDR S&P REGIONAL BANKING\ | A | Dividend | | | Sold | 06/07/18 | J | C | |
| 691.　SONIC CORP COMMON STOCK | G | Dividend | | | Sold (part) | 04/24/18 | O | G | |
| 692. | | | | | Sold (part) | 06/21/18 | O | G | |
| 693. | | | | | Sold (part) | 06/22/18 | P1 | H1 | |
| 694. | | | | | Sold | 12/10/18 | P3 | H2 | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 695.  STARBUCKS COMMON STOCK | B | Dividend | | | Sold | 05/22/18 | M | | |
| 696.  TE CONNECTIVITY COMMON STOCK | B | Dividend | L | T | Buy<br>(add'l) | 12/21/18 | J | | |
| 697. | | | | | Buy<br>(add'l) | 12/24/18 | J | | |
| 698.  THE TRAVELLERS COMMON STOCK | A | Dividend | | | Buy<br>(add'l) | 02/07/18 | J | | |
| 699. | | | | | Sold | 07/30/18 | L | C | |
| 700.  UBIQUITI NETWORKS COMMON<br>STOCK | | None | | | Sold | 01/03/18 | M | F | |
| 701.  UNITED HEALTH GROUP COMMON<br>STOCK | B | Dividend | M | T | Sold<br>(part) | 01/17/18 | J | D | |
| 702. | | | | | Buy<br>(add'l) | 12/21/18 | J | | |
| 703. | | | | | Buy<br>(add'l) | 12/24/18 | J | | |
| 704.  US BANCORP COMMON STOCK | A | Dividend | | | Sold<br>(part) | 01/17/18 | J | B | |
| 705. | | | | | Sold<br>(part) | 02/07/18 | J | A | |
| 706. | | | | | Sold | 03/26/18 | J | | |
| 707.  UNITED TECHNOLOGIES COMMON<br>STOCK | C | Dividend | | | Buy | 02/26/18 | N | | |
| 708. | | | | | Sold | 12/20/18 | M | | |
| 709.  VANGUARD FTSE EMERGING<br>MARKETS FUND | A | Dividend | | | Sold | 06/07/18 | K | C | |
| 710.  VANGUARD INDEX FUNDS S&P 500<br>ETF | A | Dividend | | | Sold | 06/07/18 | M | E | |
| 711.  VANGUARD SMALL CAP ETF | A | Dividend | | | Sold | 06/07/18 | M | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

Wood, Kimba M.

10/16/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐　　NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 712.　VIRTUS VONTOBEL (FKA VIRTUS INSIGHT) | | None | | | Sold | 06/08/18 | K | D | |
| 713.　VISA COMMON STOCK | C | Dividend | O | T | | | | | |
| 714.　WALGREENS COMMON STOCK | E | Dividend | O | T | | | | | |
| 715.　WALMART CORP COMMON STOCK | A | Dividend | L | T | Buy | 06/27/18 | J | | |
| 716. | | | | | Buy<br>(add'l) | 07/30/18 | J | | |
| 717. | | | | | Buy<br>(add'l) | 10/30/18 | J | | |
| 718. | | | | | Buy<br>(add'l) | 11/12/18 | J | | |
| 719. | | | | | Buy<br>(add'l) | 12/10/18 | J | | |
| 720. | | | | | Buy<br>(add'l) | 12/21/18 | J | | |
| 721. | | | | | Buy<br>(add'l) | 12/24/18 | J | | |
| 722. | | | | | Buy<br>(add'l) | 12/28/18 | K | | |
| 723.　WELLS FARGO COMMON STOCK | B | Dividend | L | T | Buy<br>(add'l) | 01/17/18 | J | | |
| 724. | | | | | Sold<br>(part) | 02/07/18 | K | A | |
| 725. | | | | | Buy<br>(add'l) | 07/30/18 | J | | |
| 726. | | | | | Buy<br>(add'l) | 12/21/18 | J | | |
| 727. | | | | | Buy<br>(add'l) | 12/24/18 | J | | |
| 728.　WISDOMTREE EUROPE HEDGED EQUITY FUND | A | Dividend | | | Sold | 06/07/18 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g,<br>div, rent,<br>or int) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 729. WISDOMTREE EURO SM CAP DIV FUND | A | Dividend | | | Sold | 06/07/18 | K | D | |
| 730. WISDOMTREE MID CAP DIV FUND | A | Dividend | | | Sold | 06/07/18 | L | D | |
| 731. WISDOMTREE TRUST MDCP EARN FUND | A | Dividend | | | Sold | 06/07/18 | L | E | |
| 732. WISDOMTREE TRUST US QTLY DIV GRT FUND | A | Dividend | | | Sold | 06/07/18 | L | E | |
| 733. WISDOMTREE TRUST US SM CAP DIV | A | Dividend | | | Sold | 06/07/18 | K | B | |
| 734. ZAYO GROUP HOLDINGS COMMON STOCK | | None | | | Sold | 09/12/18 | M | D | |
| 735. MLP ACCOUNT (LINES 736-745) (H) | | | | | | | | | |
| 736. BLACKSTONE GROUP COMMON STOCK (SEE NOTE 1 IN SECT VIII) | D | Distribution | | | Sold | 06/07/18 | M | | |
| 737. BUCKEYE PARTNERS (SEE NOTE 1 IN SECT VIII) | D | Distribution | | | Sold | 06/07/18 | M | | |
| 738. ENERGY TRANS EQTY LP (SEE NOTE 1 IN SECT VIII) | D | Distribution | | | Sold | 06/07/18 | N | G | |
| 739. ENERGY TRANSFER LP (SEE NOTE 1 IN SECT VIII) | D | Distribution | | | Sold | 06/07/18 | L | | |
| 740. ENTERPRISE GP/AKA ENTERPRISE PRODS LP (NOTE 1 IN SECT VIII) | D | Distribution | | | Sold | 06/07/18 | M | F | |
| 741. MAGELLAN MIDSTREAM PARTNERS LP (SEE NOTE 1 IN SECT VIII) | B | Distribution | | | Sold | 06/07/18 | L | E | |
| 742. MPLX (SEE NOTE 1 IN SECT VIII) | D | Dividend | | | Sold | 06/07/18 | M | | |
| 743. PJT PARTNERS INC CMN STK | A | Dividend | | | Sold | 06/07/18 | J | D | |
| 744. WESTERN GAS PARTNERS (SEE NOTE 1 IN SECT VIII) | B | Distribution | | | Sold | 06/07/18 | L | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 745. ANDEAVOR (FKA TESORO AND WESTERN REFINING) (NOTE 1 SECT VIII | B | Dividend | | | Sold | 06/07/18 | M | G | |
| 746. GS PUT ACCT (LINES 747-814) (NOTES 3 & 12 IN SECT VIII) (H) | | | | | | | | | |
| 747. XSP PUT - CONTRACT OPENED (EXP 3/16/18) | | None | | | Sold | 01/09/18 | J | | |
| 748. CONTRACT CLOSED | | | | | Buy | 03/13/18 | J | B | |
| 749. XSP PUT - CONTRACT CLOSED (EXPIRED 1/19/18) OPENED IN 2017 | | None | | | Buy | 01/18/18 | J | B | |
| 750. XSP PUT - CONTRACT OPENED (EXPIRES - 3/2/18) | | None | | | Sold | 01/18/18 | J | | |
| 751. CONTRACT CLOSED | | | | | Buy | 03/01/18 | J | | |
| 752. XSP PUT - CONTRACT CLOSED (EXPIRED 2/16/18) OPENED IN 2017 | | None | | | Buy | 02/14/18 | J | B | |
| 753. XSP PUT - CONTRACT OPENED (EXPIRES 4/20/2018) | | None | | | Sold | 02/14/18 | J | | |
| 754. CONTRACT CLOSED | | | | | Buy | 04/20/18 | J | B | |
| 755. XSP PUT - CONTRACT CLOSED (EXPIRED 2/16/18) (OPENED IN 2017) | | None | | | Expired | 02/16/18 | J | C | |
| 756. XSP PUT - CONTRACT OPENED (EXPIRES 5/18/18) | | None | | | Sold | 02/22/18 | J | | |
| 757. CONTRACT CLOSED | | | | | Buy | 05/15/18 | J | C | |
| 758. XSP PUT - CONTRACT OPENED (EXPIRES 4/20/2018) | | None | | | Sold | 03/01/18 | J | | |
| 759. CONTRACT CLOSED | | | | | Buy | 04/17/18 | J | C | |
| 760. XSP PUT - CONTRACT OPENED (EXPIRES 3/29/18) | | None | | | Sold | 03/01/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |